# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**
**ex rel. EUGENE GONZALEZ, et al.,**

       **Plaintiffs,**

**v.**                                                    **Case No.  8:08-cv-1691-T-30TGW**

**WELLCARE HEALTH PLANS, INC.,**

       **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon the Stipulation of Dismissal By United States, Medicaid Participating States, Relator, and Defendant (Dkt. #18).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.      The Stipulation of Dismissal By United States, Medicaid Participating States, Relator, and Defendant (Dkt. #18) is GRANTED.

2.      This case is dismissed in accordance with the terms of said Stipulation.

3.      The Court will retain jurisdiction for a period of one (1) year to enforce the terms of the Settlement Agreement.

4.      The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2012.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1691.dismissal.wpd